# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JASON LENON, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV414-137 |
| WARDEN STANLEY WILLIAMS, | ) |
| Respondent. | ) |

## REPORT AND RECOMMENDATION

Jason Lenon moved for leave to file his 28 U.S.C. § 2254 petition *in forma pauperis* (IFP) but the Court determined that he could pay the $5 fee and gave him 21 days to do so. Doc. 3. He has not. Thus, his petition should be **DISMISSED WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED**, this 25th day of August, 2014.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA