UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| JASON LENON, | ) |
|     Petitioner, | ) ) ) |
| v. | )    Case No. CV414-137 |
| WARDEN STANLEY WILLIAMS, | ) ) ) |
|     Respondent. | ) |

## ORDER

Jason Lenon moved for leave to file his 28 U.S.C. § 2254 petition *in forma pauperis*, but the Court determined that he could pay the $5 fee and gave him 21 days to do so. Doc. 3. He failed to comply, so the Court entered a Report and Recommendation (R&R) advising dismissal. Doc. 4. Lenon, however, moves for an extension of time, citing his prison mail room's negligence in timely delivering to him the Court's last order. Doc. 6. The Court **GRANTS** the motion, doc. 6, and **VACATES** its August 25, 2014 R&R. Doc. 4. Lenon must pay the $5 filing fee within 21 days of the date this Order is served or suffer dismissal.

**SO ORDERED**, this 26th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA