# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JASON LENON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>WARDEN STANLEY WILLIAMS, )<br>)<br>Respondent. ) | Case No. CV414-137 |

## REPORT AND RECOMMENDATION

After extending the time for Jason Lenon to comply with the Court's Order directing him to pay the $5 filing fee or risk dismissal of his 28 U.S.C. § 2254 petition, doc. 9, he nevertheless has still failed to comply, so his 28 U.S.C. § 2254 petition should be **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this  1st  day of October, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA