# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| JASON LENON, | ) |
| Petitioner, | ) |
| v. | ) Case No. CV414-137 |
| WARDEN STANLEY WILLIAMS, | ) |
| Respondent. | ) |

## ORDER

The Court **VACATES** its October 1, 2014 Report and Recommendation (doc. 10) in light of the $5 filing fee paid on October 2, 2014.

**SO ORDERED**, this 2nd day of October, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA